```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    Scott Radcliffe
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7

 8  Attorney for Defendant
    KELLY MICHAEL
 9

10
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-CR-00283-FCD |
|---|---|
| Appellee, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| KELLY MICHAEL, | ) Date: February 14, 2011 |
| | ) Time: 9:00 a.m. |
| Appellant. | ) Judge: Hon. Frank C. Damrell, Jr. |
| _____ | ) |

It is hereby stipulated between the parties, Linda Harter, Assistant Chief Federal Defender, for Defendant Kelly Michael, and Jill Thomas, Assistant United States Attorney, counsel for the Government, that the briefing schedule modifying the motions be as follows and the Motion Hearing set for February 14, 2011 at 10:00 a.m. be vacated and reset for March 7, 2011 at 10:00 a.m. The following is the new briefing

```
schedule:
Defendant-Appellant's Motion due......................January 14, 2011
Government-Appellee's Opposition due..................February 4, 2011
Defendant-Appellant's Reply due.......................February 21, 2011
```

Dated:   December 22, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Linda Harter
Linda Harter
Chief Assistant Federal Defender
Scott Radcliffe
Certified Student Attorney
Attorney for Appellant
Kelly Michael


Dated: December 22, 2010        BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Jill Thomas
                                Jill Thomas
                                Assistant U.S. Attorney


ORDER

IT IS SO ORDERED.

Dated: December 23, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order   -2-