```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   SCOTT RADCLIFFE
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7

8  Attorney for Defendant
   KELLY MICHAEL
9

10
```

11                       IN THE UNITED STATES DISTRICT COURT

12                      FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15

16  UNITED STATES OF AMERICA,        )  No. 2:10-cr-00283-KJM
                                     )
17                Appellee,          )
                                     )  STIPULATION AND ORDER
18       v.                          )
                                     )
19  KELLY MICHAEL,                   )  Date:  March 31, 2011
                                     )  Time:  10:00 a.m.
20                Appellant.         )  Judge: Hon. Kimberly J. Mueller
                                     )
21  _____  )

22

23      It is hereby stipulated between the parties, Linda Harter, Assistant

24  Chief Federal Defender, for Defendant Kelly Michael, and Jill Thomas,

25  Assistant United States Attorney, counsel for the Government, that the

26  briefing schedule be as follows and the Motion Hearing be set for March

27  31, 2011 at 10:00 a.m.

28

```
1   Defendant-Appellant's Motion due......................February 18, 2011
2   Government-Appellee's Opposition due......................March 11, 2011
3   Defendant-Appellant's Reply due.........................March 18, 2011
4   Hearing................................................March 31, 2011
```

Dated: February 8, 2011

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Linda Harter
                                    Linda Harter
                                    Chief Assistant Federal Defender
                                    Scott Radcliffe
                                    Certified Student Attorney
                                    Attorney for Appellant
                                    Kelly Michael

Dated: February 8, 2011       BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Jill Thomas
                                    Jill Thomas
                                    Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

Dated:   February 11, 2011.

_____
UNITED STATES DISTRICT JUDGE