1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL THOMAS
   Assistant U.S. Attorney
3  CHRISTINA M. EASTMAN
   Certified Law Clerk, Misdemeanor Unit
4  501 "I" Street, Suite 10-100
   Sacramento, CA  95814
5  Telephone: (916) 554-2810

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) No. 2:10-cr-00283 KJM
                                )
12          Plaintiff,           )
                                ) STIPULATION AND ORDER TO CONTINUE
13      v.                       ) BRIEFING SCHEDULE AND MOTION
                                ) HEARING
14 KELLY MICHAEL,                )
                                ) DATE:   March 31, 2011
15          Defendant.           ) TIME:   10:00 a.m.
                                ) JUDGE:  Hon. Kimberly J. Mueller
16 _____)

17      IT IS HEREBY STIPULATED and agreed to between the United

18 States of America, through Jill Thomas, Assistant United States

19 Attorney, and defendant, KELLY MICHAEL, by and through his

20 counsel, Linda Harter, Chief Assistant Federal Defender, that the

21 briefing schedule be rescheduled as follows and the Motion

22 Hearing be set to April 21, 2011, at 10:00 a.m.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

```
1  Government-Appellee's Opposition due...............March 18, 2011
2  Defendant-Appellant's Reply due.....................April 1, 2011
3  Hearing............................................April 21, 2011
4  DATED: March  , 2011           BENJAMIN B. WAGNER
                                  United States Attorney
5
6                                 By: /s/ David Stevens for
                                      JILL THOMAS
7                                     Assistant U.S. Attorney
8
   DATED: March   , 2011          DANIEL J. BRODERICK
9                                 Federal Defender
10
                                  By: /s/ Linda Harter
11                                    LINDA HARTER
                                      Attorney for Defendant
12
13                                      ORDER
14      IT IS SO ORDERED.
15  DATED:  March 15, 2011.

                                  _____
                                  UNITED STATES DISTRICT JUDGE
```