```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL THOMAS
   Assistant U.S. Attorney
3  CATHERINE R. CHYI
   Certified Law Clerk, Misdemeanor Unit
4  501 "I" Street, Suite 10-100
   Sacramento, CA  95814
5  Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00283 KJM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | BRIEFING SCHEDULE |
| | ) | |
| KELLY MICHAEL, | ) | DATE:  April 21, 2011 |
| | ) | TIME:  10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Kimberly J. Mueller |
| | ) | |

IT IS HEREBY STIPULATED and agreed to between the United States of America, through Jill Thomas, Assistant United States Attorney, and defendant, KELLY MICHAEL, by and through his counsel, Linda Harter, Chief Assistant Federal Defender, that the briefing schedule be rescheduled as follows.

///
///
///
///
///
///
///

1

```
 1  Government-Appellee's Opposition due...............March 29, 2011
 2  Defendant-Appellant's Reply due.....................April 8, 2011
 3  Hearing............................................April 21, 2011
 4  DATED: March   , 2011          BENJAMIN B. WAGNER
                                   United States Attorney
 5
 6                                 By: /s/ Jill Thomas
                                   JILL THOMAS
 7                                 Assistant U.S. Attorney
 8
    DATED: March   , 2011          DANIEL J. BRODERICK
 9                                 Federal Defender
10
                                   By: /s/ John Balazs
11                                 JOHN BALAZS
                                   Attorney for Defendant
12
13                                 ORDER
14       IT IS SO ORDERED.
15  DATED:  March 21, 2011.
```

_____
UNITED STATES DISTRICT JUDGE