```
BENJAMIN B. WAGNER
United States Attorney
JILL THOMAS
Assistant U.S. Attorney
CATHERINE R. CHYI
Certified Law Clerk, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>         Plaintiff,              )<br>                                  )<br>    v.                            )<br>                                  )<br> KELLY MICHAEL,                   )<br>                                  )<br>         Defendant.              )<br>                                  )<br>_____) | No. 2:10-cr-283-KJM<br><br>ORDER AUTHORIZING CERTIFIED LAW<br>STUDENT TO APPEAR AND ARGUE ON<br>BEHALF OF THE GOVERNMENT<br><br>DATE:   April 21, 2011<br>TIME:   10:00 a.m.<br>JUDGE:  Honorable Kimberly J.<br>        Mueller |

Under Local Rule 83-181, the government's request for permission for CATHERINE R. CHYI, a certified law student in the United States Attorney's Office Misdemeanor Unit, to argue the appeal on behalf of the government is granted.

IT IS SO ORDERED.

DATED: April 8, 2011.

_____
UNITED STATES DISTRICT JUDGE