DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
SCOTT RADCLIFFE
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Appellant
KELLY MICHAEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-00283-KJM |
| Appellee, | ORDER AUTHORIZING CERTIFIED LAW STUDENT TO APPEAR AND ARGUE ON BEHALF OF THE APPELLANT |
| v. | |
| KELLY MICHAEL, | Date:  April 21, 2011 |
| Appellant. | Time:  10:00 a.m. |
| | Judge: Hon. Kimberly J. Mueller |

Under Local Rule 83-181, the Appellant's request for permission for

SCOTT RADCLIFFE, a certified law student in the Office of The Federal

Defender's Misdemeanor Unit, to argue the appeal on behalf of the

appellant is granted.

IT IS SO ORDERED.

Dated:  April 12, 2011.

_____
UNITED STATES DISTRICT JUDGE