JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
KELLY MICHAEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                       )<br>           Plaintiff,            )<br>                                       )<br>     v.                               )<br>                                       )<br> KELLY MICHAEL,           )<br>                                       )<br>           Defendant.         )<br>_____ ) | No. 10-CR-0283-KJN<br><br>**STIPULATION AND ORDER RE:<br>SENTENCING DATE**<br><br>Date: May 30, 2012<br>Time: 9:00 a.m.<br>Hon. Kendall J. Newman |

    Defendant Kelly Michael, through counsel, and the United States, through counsel, hereby stipulate and request that the Court continue the re-sentencing hearing in this case from May 9, 2012, to **May 30, 2012, at 9:00 a.m.** This request is to provide the parties with additional time to prepare. U.S. Probation Officer Lynda Moore has been informed and concurs with this request.

///

///

///

                                      Respectfully submitted

Dated:  May 8, 2012

                                      /s/ John Balazs
                                      JOHN BALAZS

                                      Attorney for Defendant
                                      Kelly J. Michael

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: May 8, 2012

                                By:  /s/ David Petersen
                                      DAVID PETERSEN
                                      Special Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

Dated:  May 8, 2012

                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE